# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM FRASER-GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) No. _____ |
| INTERNATIONAL MEDICAL | ) |
| GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1446, Defendant International Medical Group, Inc. ("IMG") hereby submits this Notice of Removal of the above-captioned matter from the Superior Court of Fulton County, Georgia, where it was pending as Case No. 2020CV336667, to this Court by filing this Notice of Removal ("Notice"). Removal is proper based on diversity jurisdiction because the parties are citizens of different States on the face of the action Plaintiff William Fraser-Gray filed on May 29, 2020.

In support of this Notice, IMG shows the Court as follows:

**I.    The Notice Is Properly Filed**

1. On or about May 29, 2020, Fraser-Gray filed his Petition for Declaratory Judgment (the "Complaint") against IMG in the Superior Court of

KH599031.DOCX 2

Fulton County, Georgia, Case No. 2020CV336667, styled *William Fraser-Gray v. International Medical Group, Inc.* (the "State Action"). Fraser-Gray seeks a declaratory judgment finding that he has not been made whole for injuries sustained in an automobile accident and that IMG does not have any right to subrogation or reimbursement for medical benefits it paid on behalf of Fraser-Gray, which IMG has demanded in the amount of $300,000. *See* Complaint, attached as Ex. 1.

2. IMG certifies that this Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. 28 U.S.C. § 1446(a).

3. Fraser-Gray served IMG with the State Action on June 16, 2020. A true and correct copy of the Complaint in the State Action received by IMG is attached hereto and incorporated as Exhibit 1. 28 U.S.C. §§ 1446(a), (b).

4. As more fully set forth below, diversity jurisdiction exists under 28 U.S.C. § 1332 because the Complaint alleges the parties are citizens of different States, IMG is not a citizen of this State or the State where Plaintiff alleges he resides, and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. This Notice is timely, as IMG received the Complaint on June 16, 2020 and filed this Notice within 30 days of receipt of the Complaint. This action is thus removable pursuant to 28 U.S.C. § 1446(b).

6. The United States District Court for the Northern District of Georgia, Atlanta Division, is the proper place to file this Notice because it is the federal district court and division that embraces the place where the State Action was filed and is pending. 28 U.S.C. § 1441(a).

## II. The Parties Are Diverse

7. Fraser-Gray alleges that he is a resident of Franklin County, Georgia, where he attends university as a student, and a citizen of the United Kingdom. Ex. 1, Compl. ¶ 2.

8. The Complaint alleges that IMG is an Indiana corporation having its principal place of business in Indianapolis, Indiana. In fact, IMG is a corporation organized and existing under the laws of the State of Indiana with its principal place of business in Indianapolis, Indiana and therefore, IMG is a citizen of Indiana. *See* 28 U.S.C. § 1332(c)(1) (stating that a corporation is a citizen of the state where it is organized and where it has its principal place of business).

9. Accordingly, Fraser-Gray is of diverse citizenship from IMG, as required by 28 U.S.C. § 1332(a).

### III. The Amount in Controversy Requirement Is Satisfied

1. As described in the State Action, "IMG has… asserted that it is entitled to subrogate from [Fraser-Gray] the amounts paid under the policy purchased by Amanda Fraser-Gray in the amount of $300,000." Ex. 1, Compl. ¶ 22.

2. Fraser-Gray seeks a declaratory judgment that IMG has no right of subrogation or reimbursement from Fraser-Gray for the $300,000, which Fraser-Gray's counsel is currently holding in the law firm's IOLTA account pending resolution of this dispute. Ex. 1, Compl. ¶¶ 22-26, 45-47.

3. Fraser-Gray's Complaint includes no prayer for a specific amount of damages. Nevertheless, "removal from state court is [jurisdictionally] proper" because "it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754 (11th Cir. 2010) (internal quotation marks omitted) (alterations in original).

4. Accordingly, based on the facts alleged in the Complaint, the amount in controversy exceeds the $75,000 threshold. 28 U.S.C. § 1332(a).

### IV. IMG Will Promptly File the Notice with the State Court

5. IMG will file a Notice of Filing Notice of Removal with the Superior Court of Fulton County, Georgia, promptly after filing this Notice of Removal. IMG will also provide prompt notice of the filing of this Notice of Removal to all known counsel of record in accordance with 28 U.S.C. § 1446(d).

6. Attached to this Notice of Removal are all process and the Complaint served on IMG. *See* Ex. 1. There are no orders issued by the state court.

## V. Reservations and Requests

7. IMG reserves the right to amend or supplement this Notice as appropriate.

8. If any questions arise as to the propriety of the removal of this action, IMG respectfully requests the opportunity to file a brief in support of its position that the State Action is properly removed. *See Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir. 2009) (post-removal evidence in assessing removal jurisdiction generally may be considered by the Court).

## CONCLUSION

WHEREFORE, IMG respectfully requests that this action be and hereby is removed from the Superior Court of Fulton County, Georgia; that this Court accept jurisdiction over this action; and that IMG be awarded all further relief to which it may be entitled.

Respectfully submitted his 16th day of July 2020.

        **/s/ Halsey G. Knapp, Jr.**
        Halsey G. Knapp, Jr.
        Georgia Bar No. 425320
        Barclay S. Hendrix
        Georgia Bar No. 917852
        KREVOLIN & HORST, LLC
        1201 W. Peachtree Street, NW
        3250 One Atlantic Center
        Atlanta, Georgia 30309
        Telephone: (404) 888-9700
        hknapp@khlawfirm.com
        hendrix@khlawfirm.com

        *Counsel for International Medical Group, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing **NOTICE OF REMOVAL** complies with the font and point selections approved by the Court in Local Rule 5.1C. This document was prepared on a computer using Times New Roman font (14 point).

This 16th day of July 2020.

                                                     **/s/ Halsey G. Knapp, Jr.**
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Barclay S. Hendrix
Georgia Bar No. 917852
KREVOLIN & HORST, LLC
1201 W. Peachtree Street, NW
3250 One Atlantic Center
Atlanta, Georgia 30309
Telephone: (404) 888-9700
hknapp@khlawfirm.com
hendrix@khlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed and served the foregoing **NOTICE OF REMOVAL** by using the Court's CM/ECF filing system, which will automatically send service copies to all parties of record, by email, and by depositing the same in the United States mail in a properly addressed envelope with adequate postage affixed thereon to ensure delivery to the following:

David Krugler
Cash, Krugler & Fredericks, LLC
5447 Roswell Road, NE
Atlanta, GA 30342
dkrugler@ckandf.com

Ben Price
Jarrett & Price
24 W. Henry St.
Savannah, GA 31401
ben@jarrettfirm.com

This 16th day of July 2020.

                                            **/s/ Halsey G. Knapp, Jr.**
                                            Halsey G. Knapp, Jr.
                                            Georgia Bar No. 425320
                                            Barclay S. Hendrix
                                            Georgia Bar No. 917852
                                            KREVOLIN & HORST, LLC
                                            1201 W. Peachtree Street, NW

                                        3250 One Atlantic Center
                                        Atlanta, Georgia 30309
                                        Telephone: (404) 888-9700
                                        hknapp@khlawfirm.com
                                        hendrix@khlawfirm.com