**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WILLIAM FRASER-GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 1:21-cv-00414-SEB-DML |
| v. ) | |
| ) | |
| INTERNATIONAL MEDICAL GROUP, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, William Fraser-Gray, by counsel, and Defendant, International Medical Group, Inc., by counsel, and stipulate to dismissal of all claims raised in the Plaintiff's Complaint and the Defendant's counterclaims with prejudice. All parties to bear their own fees and costs as to the claims being dismissed.

Respectfully submitted,

Dated: May 6, 2021

By: *David Najeeb Krugler (with permission)*
David Najeeb Krugler
Cash Krugler & Fredericks, LLC
5447 Roswell Road, NE
Atlanta, Georgia 30342
T: 404-659-1710
F: 404-264-1149
E: dkrugler@ckf.law

Benjamin Whitaker Price
Jarrett & Price LLC
2 East Bryan Street, Suite 506
Savannah, Georgia 31401
T: 912-401-8880
F: 912-335-5361
E: ben@jarrettfirm.com
*Counsel for Plaintiff*

| | |
|---|---|
| Dated: May 6, 2021 | By: *Offer Korin*  <br>Offer Korin  <br>Brooke Smith  <br>KATZ KORIN CUNNINGHAM, PC  <br>334 N Senate Ave.  <br>Indianapolis, IN  46204-1708  <br>P:  317-464-1100; F:  317-464-1100  <br>okorin@kkclegal.com  <br>bsmith@kkclegal.com  <br>*Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's ECF.  Parties may access this filing through the Court's system.

*Offer Korin*
Offer Korin