# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM FRASER-GRAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No.: 1:21-cv-00414-SEB-DML ) |
| INTERNATIONAL MEDICAL GROUP, INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Plaintiff, William Fraser-Gray, by counsel, and Defendant, International Medical Group, Inc., by counsel, having filed their Joint Stipulation of Dismissal, and the Court, being duly advised, now finds that the Motion is well taken, and

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Joint Stipulation of Dismissal should be and is hereby GRANTED. All claims raised in the Plaintiff's Complaint and the Defendant's counterclaims are dismissed with prejudice. All parties to bear their own fees and costs as to the claims being dismissed.

Date: 5/11/2021

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All CM/ECF counsel of record, by operation of the Court's ECF System.